## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

ERIC RUSSELL OWEN                                                         PLAINTIFF

v.                                       Case No: 4:25-cv-00786-LPR

WHITE COUNTY
DETENTION CENTER                                                         DEFENDANT

### ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 8).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.  The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of April 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Even if the Court were to assume this Complaint was against White County itself (or the appropriate political subdivision), the Complaint does not allege any facts to make such a claim plausible.  *See Monell v. Dep't of Social Servs.*, 436 U.S. 658, 691 (1978) (requiring a policy, practice, or custom that is a motivating force behind a relevant violation of law).